USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the Western DISTRICT OF Tennessee

UNITED STATESOF AMERICA
V.
Julie Robinson Wade

CRIMINAL NUMBER:
2:26-CR-20010-BCL

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Julie Robinson Wade, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead Guilty to the offense charged, to consent to the disposition of the case in the Middle District of Florida in which I, reside, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 10/9 2026 at ____________

Julie Robinson Wade
*(Defendant)*

*(Witness)*

Jordyn V. Henden
*(Counsel for Defendants)*

Joseph C. Murphy Jr.
*(Assistant United States Attorney)*

Approved

10/27/26
United States Attorney for the
Middle District of
Florida

D. Michael Dunavant 10/26/26
United States Attorney for the
Western District of
Tennessee