**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case. No.** 26-cr-20010 SHL |
| **v.** | ) | |
| | ) | **26 U.S.C. § 7202** |
| **JULIE ROBINSON WADE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

At all times material to this indictment:

**Introduction**

1. "Company A" was a limited liability company with its principal place of business in the Western District of Tennessee. The company was a business that fabricated and installed granite fixtures such as countertops, showers, and fireplaces. Company A employed several people while it was in business.

2. Company A was registered as a Tennessee limited liability company in December of 2003, and the original ownership consisted of Defendant **JULIE ROBINSON WADE** and a second partner. In February 2021, Defendant **JULIE ROBINSON WADE** became the sole owner of Company A.

3. Defendant **JULIE ROBINSON WADE** was responsible for the business and financial aspects of the operation of Company A, including bookkeeping, payroll, and tax matters. One of Company A's administrative employees would keep track of the hours worked by Company A's employees and report that information to Defendant **JULIE ROBINSON WADE** who used QuickBooks to calculate employees' pay and create payroll

checks. Defendant **JULIE ROBINSON WADE** controlled the company's bank account and was responsible for paying the expenses of Company A, including the payment of taxes due, and the filing of tax returns.

4. Company A withheld taxes from its employees' paychecks, including federal income, Medicare and Social Security (often referred to as Federal Insurance Contribution Act or "FICA") taxes, and these taxes were calculated based upon each individual employee's wages. Employers are also required to pay Medicare and Social Security taxes based on the wages of each individual employee. As an employer, Company A was required to pay Medicare and Social Security taxes based upon the wages paid to its employees. These taxes will be referred to in this Indictment collectively as "employment taxes."

5. Company A was required to make deposits of both employment taxes collected from its employees and the company's portion of those taxes to the Internal Revenue Service on a periodic basis. In addition, Company A was required to file, following the end of each calendar quarter, an Employer's Quarterly Federal Tax Return, also called a Form 941, setting forth the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits.

6. As the person who controlled Company A's finances and as an owner of Company A, Defendant **JULIE ROBINSON WADE** was a "responsible person" who had the responsibility to collect, truthfully account for, and pay over Company A's employment taxes.

7. During the Fourth Quarter of calendar year 2019, the entire calendar years of 2020 and 2021, and the First and Second Quarters of calendar year 2022, employment taxes

were collected from employees of Company A and Company A's portion of the employment taxes were due, but no payments were made to the Internal Revenue Service during those periods of time.

8. For the periods of time set forth in Paragraph 7, above, Defendant **JULIE ROBINSON WADE** failed to file quarterly Forms 941 with the Internal Revenue Service. Each Form 941 was due to be filed at the end of the month following the end of each calendar quarter. For example, the Form 941 for the First Quarter of calendar year 2020 was due on or before April 30, 2020, since the First Quarter of calendar year 2020 ended on March 31, 2020.

9. Altogether during the 11 calendar quarters alleged in Counts 1 through 11 of this Indictment, Defendant **JULIE ROBINSON WADE** failed to account for and pay over approximately $147,676.00 in employment taxes as set forth below:

| Calendar Year Quarter | Total Amount Withheld |
|---|---|
| Fourth Quarter of 2019 | $12,826.00 |
| First Quarter of 2020 | $12,831.00 |
| Second Quarter of 2020 | $14,220.00 |
| Third Quarter of 2020 | $13,109.00 |
| Fourth Quarter of 2020 | $14,797.00 |
| First Quarter of 2021 | $9,215.00 |
| Second Quarter of 2021 | $13,645.00 |
| Third Quarter of 2021 | $10,781.00 |
| Fourth Quarter of 2021 | $15,886.00 |
| First Quarter of 2022 | $14,952.00 |
| Second Quarter of 2022 | $15,414.00 |

## COUNTS 1 THROUGH 11

(Failure to Account for and Pay over Withholding and FICA)

10. Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, and 9 of this indictment are realleged and incorporated by reference as if fully set forth herein.

11. On or about the dates listed in the chart below, in the Western District of Tennessee, the defendant,

**JULIE ROBINSON WADE**

did willfully fail to truthfully account for and pay over to the Internal Revenue Service all federal incomes taxes withheld and Medicare and Federal Insurance Contribution Act (FICA) taxes collected from the employees of Company A and the Medicare and Federal Insurance Contribution Act (FICA) taxes that Company A was responsible for paying, and which were due and owing to the United States and for each of the following quarters:

| Count | Quarter | Date |
|---|---|---|
| 1 | Fourth Quarter of 2019 | January 31, 2020 |
| 2 | First Quarter of 2020 | April 30, 2020 |
| 3 | Second Quarter of 2020 | July 31, 2020 |
| 4 | Third Quarter of 2020 | October 31, 2020 |
| 5 | Fourth Quarter of 2020 | January 31, 2021 |
| 6 | First Quarter of 2021 | April 30, 2021 |
| 7 | Second Quarter of 2021 | July 31, 2021 |
| 8 | Third Quarter of 2021 | October 31, 2021 |
| 9 | Fourth Quarter of 2021 | January 31, 2022 |
| 10 | First Quarter of 2022 | April 30, 2022 |
| 11 | Second Quarter of 2022 | July 31, 2022 |

All in violation of Title 26, United States Code, Section 7202.

**A TRUE BILL:**

______________________________

**F O R E P E R S O N**

**DATED:** ___________________________

__________________________________

**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**

MURPHY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case. No.** 26-cr-20010 SHL |
| **v.** | ) | |
| | ) | **26 U.S.C. § 7202** |
| **JULIE ROBINSON WADE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF PENALTIES**

**COUNTS 1 THROUGH 11**

mt 5 yrs. imprisonment, nmt $100,000 fine, or both, nmt a 3 yr. period of supervised release, and a special assessment of $100 .