51AE

**U.S. District Court**
**Western District of Tennessee (Memphis)**
**CRIMINAL DOCKET FOR CASE #: 2:26-cr-20010-BCL-1**

Case title: United States of America v. Wade

Date Filed: 01/22/2026

Date Terminated: 11/04/2026

---

Assigned to: District Judge Brian C. Lea

**Defendant (1)**

**Julie Robinson Wade**
*TERMINATED: 11/04/2026*

represented by **Jocelyn V. Henderson**
LAW OFFICES OF JOCELYN V. HENDERSON
200 Jefferson
Ste 1500
Memphis, TN 38103
901-522-0119
Fax: 901-524-1803
Email: jvhlaw@me.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 26:7202 WILLFUL FAILURE TO COLLECT/PAY OVER TAX (1-11) | Rule 20 transfer to Middle District of Florida |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**United States of America**

represented by **Joseph C. Murphy , Jr.**
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103
901-544-4231
Email: joe.murphy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Email Attorneys, Primary Addresses
Email Attorneys, Primary and Secondary Addresses

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2026 | 1 | INDICTMENT as to Julie Robinson Wade (1) count(s) 1-11. (cas) (Entered: 01/22/2026) |
| 01/22/2026 | 2 | INDICTMENT (PENALTY COPY) as to Julie Robinson Wade. (Attachments: # 1 Notice of Penalties) (cas) (Entered: 01/22/2026) |
| 02/19/2026 | 4 | Rule 5 Documents Received as to Julie Robinson Wade (Attachments: # 1 minutes, # 2 bond, # 3 order setting conditions of release, # 4 waiver, # 5 order of removal)(jae) (Entered: 02/20/2026) |
| 03/02/2026 | 5 | SETTING LETTER as to Julie Robinson Wade: Rule 5 Initial Appearance set for Wednesday, 3/11/2026 at 1:30 PM in Courtroom 5 - Memphis before Magistrate Judge Charmiane G. Claxton. (vup) (Entered: 03/02/2026) |
| 03/06/2026 | 6 | CJA 23 Financial Affidavit as to Julie Robinson Wade (cas) (Entered: 03/06/2026) |
| 03/06/2026 | 7 | ORDER APPOINTING CJA COUNSEL as to Julie Robinson Wade. Jocelyn V. Henderson for Julie Robinson Wade appointed. Signed by Magistrate Judge Charmiane G. Claxton on 3/6/2026. (Claxton, Charmiane) (Entered: 03/06/2026) |
| 03/06/2026 | 8 | Per Administrative Order 2026-6, Judge update in case as to Julie Robinson Wade. District Judge Brian C Lea added. Chief Judge Sheryl H. Lipman no longer assigned to case. (jae) (Entered: 03/09/2026) |
| 03/09/2026 | 9 | MOTION re 5 Setting Letter by Julie Robinson Wade. (Henderson, Jocelyn) (Entered: 03/09/2026) |
| 03/10/2026 | 10 | ORDER Granting 9 Motion to Excuse Defendants Appearance as to Julie Robinson Wade (1). Signed by Magistrate Judge Charmiane G. Claxton on 3/10/2026. (Claxton, Charmiane) (Entered: 03/10/2026) |
| 03/11/2026 | 11 | Minute Entry for proceedings held before Magistrate Judge Charmiane G. Claxton: Initial Appearance on Indictment as to Julie Robinson Wade held on 3/11/2026. Defendants appearance has been waived for this hearing. Defendant was arrested and had an Initial Appearance in the Middle District of Florida. Defendant was appointed FPD in MD/FL and is appointed CJA counsel J. Henderson in this District. Defendant was released on a ROR bond in MD/FL and is to remain on that bond. Arraignment as to Julie Robinson Wade (1) Count 1-11 held on 3/11/2026. Counsel for Defendant waived the formal reading of the Indictment and a NOT GUILTY plea entered on all counts. Trial Date and Report Date to be set and noticed by the District Court. Defendant to remain on bond. (AUSA: J. Musselwhite. Defense Counsel: J. Henderson-CJA.) (Tape #JVR CR5) (cas) (Entered: 03/13/2026) |
| 03/16/2026 | 12 | SETTING LETTER as to Julie Robinson Wade: [TEXT ONLY - NO IMAGE ATTACHED] Report Date set for Tuesday, 4/21/2026 09:00 AM in Courtroom 3 - Memphis before District Judge Brian C Lea. (wrh) (Entered: 03/16/2026) |
| 03/24/2026 | 13 | Rule 16 Discovery Request/Response by Julie Robinson Wade (Henderson, Jocelyn) (Entered: 03/24/2026) |
| 03/25/2026 | 14 | Second MOTION Excuse presence of Defendant *Proposed Order Submitted* by Julie Robinson Wade. (Attachments: # 1 Exhibit)(Henderson, Jocelyn) (Entered: 03/25/2026) |
| 03/25/2026 | 15 | TEXT ORDER: The Court is in receipt of Defendant's Motion to Excuse Appearance at Report Date (Doc. 14). Counsel for the United States is ORDERED to state the United States' position by March 27.. Signed by District Judge Brian C. Lea on 03/25/2026. (Lea, Brian) (Entered: 03/25/2026) |
| 03/26/2026 | 16 | RESPONSE to Motion by United States of America as to Julie Robinson Wade re 14 Second MOTION Excuse presence of Defendant *Proposed Order Submitted* (Murphy, Joseph) (Entered: 03/26/2026) |
| 03/26/2026 | 17 | ORDER granting 14 Second Motion Waiving Defendants Appearance as to Julie Robinson Wade (1). Signed by District Judge Brian C. Lea on 03/26/2026. (Lea Brian) (Entered: 03/26/2026) |
| 04/01/2026 | 18 | MOTION for Protective Order *with proposed order submitted* by United States of America as to Julie Robinson Wade. (Murphy, Joseph) (Entered: 04/01/2026) |
| 04/01/2026 | 19 | ORDER granting 18 Motion for Protective Order as to Julie Robinson Wade (1). Signed by District Judge Brian C. Lea on 04/01/2026. (Lea, Brian) (Entered: 04/01/2026) |
| 04/07/2026 | 20 | Rule 16 Discovery Request/Response by United States of America as to Julie Robinson Wade (Murphy, Joseph) (Entered: 04/07/2026) |
| 04/21/2026 | 21 | Minute Entry for proceedings held before District Judge Brian C Lea: Report Date as to Julie Robinson Wade held on 4/21/2026. Defendants appearance waived. Defense counsel present. The Court informed the Parties the Waiver of Appearance will stand for future settings until the time Defendant's presence is required. AUSA, Joe Murphy announced Discovery was provided; roughly 6,438 pages of written that Defense counsel can not open. AUSA, Joe Murphy will assist Defense Counsel, Jocelyn Henderson immediately after court. Defendant resides in Florida, Ms. Henderson will be filing a Motion for Evaluation, she is attempting to locate a local Doctor in Florida in hopes to not have to send her client to the BOP for the evaluation. Defendant requested additional time to prepare. Discovery review deadline is 06/15/2026. Pretrial Motion deadline 07/15/2026. Case would take 7-10 days to try with no out of town witnesses. Case set Monday, 11/16/2026 at 9:30 a.m. for Jury Trial. Case set Thursday, 05/21/2026 at 10:30 a.m. for Report. Defendant to remain on bond. Time excluded through 11/20/2026. (AUSA: Joe Murphy)(Defense: Jocelyn Henderson) (Court Reporter Lashawn Marshall.) (wrh) (Entered: 04/21/2026) |

| | | |
|---|---|---|
| 04/21/2026 | 22 | OMNIBUS ORDER SETTING TRIAL DATE AND ESTABLISHING PRETRIAL INSTRUCTIONS AND SENTENCING PROCEDURES as to Julie Robinson Wade.. Signed by District Judge Brian C. Lea on 04/21/2026. (Lea, Brian) (Entered: 04/21/2026) |
| 04/21/2026 | 23 | SETTING LETTER as to Julie Robinson Wade: [TEXT ONLY - NO IMAGE ATTACHED]<br><br>Jury Trial set for Monday, 11/16/2026 10:30 AM in Courtroom 3 - Memphis before District Judge Brian C Lea.<br><br>Pretrial Conference set for Tuesday, 11/10/2026 10:00 AM in Courtroom 3 - Memphis before District Judge Brian C Lea.<br><br>Report Date set for Thursday, 5/21/2026 10:30 AM in Courtroom 3 - Memphis before District Judge Brian C Lea. (wrh) (Entered: 04/21/2026) |
| 04/28/2026 | 24 | Rule 16 Discovery Request/Response by United States of America as to Julie Robinson Wade (Murphy, Joseph) (Entered: 04/28/2026) |
| 05/04/2026 | 25 | Sealed Document *Memo in Support* as to Julie Robinson Wade. (Henderson, Jocelyn) (Entered: 05/04/2026) |
| 05/11/2026 | 26 | *** Sealed document request for (document(s): 25 )<br><br>**Deliver via Memphis Office Pickup - I will pick up at the clerk's office window**<br><br>(Murphy, Joseph) (Entered: 05/11/2026) |
| 05/11/2026 | 27 | *** Sealed document request - response for (document(s): 26 *** Sealed document request for (document(s): 25 )<br><br>**Deliver via Memphis Office Pickup - I will pick up at the clerk's office window**<br><br>It is the responsibility of the attorney to get opposing counsel copies of sealed documents that he/she files. (mf) (Entered: 05/11/2026) |
| 05/19/2026 | 28 | TEXT ORDER as to Julie Robinson Wade re: de# 25 : The Court is in receipt of a sealed, ex parte Memo in Support. Doc. 25. The document makes a request and therefore should be refiled as a motion setting out with particularity the bases for requested action. In addition, the document appears to be missing an attachment. Therefore, the Court ORDERS counsel to refile the request as a motion as described here, with any supporting materials and a proposed order, if the defense continues to desire the requested relief.. Signed by District Judge Brian C. Lea on 05/19/2026. (Lea, Brian) (Entered: 05/19/2026) |
| 05/21/2026 | 29 | Minute Entry for proceedings held before District Judge Brian C. Lea: Report Date as to Julie Robinson Wade held on 5/21/2026. Defendant appearance waived for Report Dates; standing order previously entered. Defense counsel present in court. Case on track for trial. Negotiations have not begun. Defense counsel looks to file for an Evaluation. Case set Wednesday, 07/08/2026 at 9:30 a.m. for Report Date. Defendant to remain on bond. Time previously excluded through 11/20/2026. (AUSA: Joe Murphy)(Defense: Jocelyn Henderson) (Court Reporter Lashawn Marshall.) (wrh) (Entered: 05/21/2026) |
| 05/21/2026 | 30 | SETTING LETTER as to Julie Robinson Wade: [TEXT ONLY - NO IMAGE ATTACHED] Report Date set for Wednesday, 7/8/2026 09:30 AM in Courtroom 3 - Memphis before District Judge Brian C. Lea. (wrh) (Entered: 05/21/2026) |
| 07/08/2026 | 32 | Minute Entry for proceedings held before District Judge Brian C. Lea: Report Date as to Julie Robinson Wade held on 7/8/2026. Defendant's appearance is waived. Defendant requested the Pretrial Motion deadline be extended. Court grants request & extends PT Motion deadline to 07/30/2026. The Psych. Dr. waiting to receive requested medical records to complete evaluation. The government will provide an offer to counsel in a couple of weeks. Case on track for trial. Case set Thursday, 09/24/2026 at 9:30 a.m. for Report. Defendant to remain on present bond. Time previously excluded through11/20/2026. (AUSA: Joe Murphy)(Defense: Jocelyn Henderson) (Court Reporter Lashawn Marshall.) (wrh) (Entered: 07/08/2026) |
| 07/08/2026 | 33 | SETTING LETTER as to Julie Robinson Wade: [TEXT ONLY - NO IMAGE ATTACHED] Report Date set for Thursday, 9/24/2026 09:30 AM in Courtroom 3 - Memphis before District Judge Brian C. Lea. (wrh) (Entered: 07/08/2026) |
| 09/24/2026 | 35 | Minute Entry for proceedings held before District Judge Brian C. Lea: Report Date as to Julie Robinson Wade held on 9/24/2026. Defendant present in court with counsel. Defendant anticipates a Change of Plea. Court denied Defendant's request for COP by video. Defense counsel will file under seal a Motion to Set COP & attach Medical Records. Government will move forward with issuing trial subpoenas. Defendant requested to change housing from living with daughter to living with mother. The Court requested defense counsel to file a Motion. Case moving forward with trial. The Court will set a COP date once Defendant has filed the Motion & Court has reviewed. Defendant to remain on bond. Time previously excluded through 11/20/2026. (Court Reporter Lisa Mayo.) (wrh) (Entered: 09/24/2026) |
| 09/25/2026 | 36 | SETTING LETTER as to Julie Robinson Wade: [TEXT ONLY - NO IMAGE ATTACHED] Change of Plea Hearing set for Monday, 10/5/2026 09:30 AM in Courtroom 3 - Memphis before District Judge Brian C. Lea. (wrh) (Entered: 09/25/2026) |
| 09/29/2026 | 37 | Sealed Document as to Julie Robinson Wade. (Attachments: # 1 Exhibit)(Henderson, Jocelyn) (Entered: 09/29/2026) |
| 09/29/2026 | 38 | ORDER denying without prejudice 37 Motion for Gulty Plea to be Conducted Via Teams. Signed by District Judge Brian C. Lea on 09/29/2026. (Lea, Brian) (Entered: 09/29/2026) |

| | | |
|---|---|---|
| 09/29/2026 | 39 | RELEASE STATUS REPORT as to Julie Robinson Wade. (Henson, Christy) (Entered: 09/29/2026) |
| 10/02/2026 | 40 | Second SEALED MOTION *w/proposed order submitted* by Julie Robinson Wade. (Attachments: # 1 Exhibit)(Henderson, Jocelyn) (Entered: 10/02/2026) |
| 10/05/2026 | 42 | Minute Entry for proceedings held before District Judge Brian C. Lea: Report Date as to Julie Robinson Wade held on 10/5/2026. Defendant not present in court. Defense counsel Jocelyn Henderson present. Defense counsel was out-of-town when order was entered Denying the Second Motion for a Change of Plea by video. Parties are discussing the possibility of proceeding by way of a Rule 20, transferring the case to the MDFL, Tampa, FL. The Court set a Rule 20 Motion deadline of Monday, 10/12/2026. Defendant to remain on bond. The Court will exclude time through the Rule 20 process. Time previously excluded through 11/20/20/26. (AUSA: Joe Murphy)(Defene: Jocelyn Henderson (Court Reporter Lashawn Marshall.) (wrh) (Entered: 10/05/2026) |
| 10/07/2026 | 43 | MOTION Plea and Sentence *w/proposed order submitted* by Julie Robinson Wade. (Henderson, Jocelyn) (Entered: 10/07/2026) |
| 10/08/2026 | 44 | Amended MOTION transfer for plea and sentencing *w/proposed order submitted* by Julie Robinson Wade. (Henderson, Jocelyn) (Entered: 10/08/2026) |
| 10/08/2026 | 45 | RESPONSE to Motion by United States of America as to Julie Robinson Wade re 44 Amended MOTION transfer for plea and sentencing *w/proposed order submitted* (Murphy, Joseph) (Entered: 10/08/2026) |
| 10/27/2026 | 46 | NOTICE *of the Defendant's Consent to Rule 20 Motion* by United States of America as to Julie Robinson Wade (Murphy, Joseph) (Entered: 10/27/2026) |
| 10/27/2026 | 47 | NOTICE *of Consent of the United States to Rule 20 Transfer* by United States of America as to Julie Robinson Wade (Murphy, Joseph) (Entered: 10/27/2026) |
| 11/02/2026 | 48 | ORDER granting 43 Motion; 44 Motion as to Julie Robinson Wade; **ORDER DIRECTING THE CLERK TO SEND FILE**. Signed by District Judge Brian C. Lea on 11/02/2026.(Lea, Brian) (Entered: 11/02/2026) |
| 11/04/2026 | 49 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Middle District of Florida. Counts closed as to Julie Robinson Wade (1). Counts 1-11. (cmm) (Entered: 11/04/2026) |